United States District Court
Southern District of Texas
**ENTERED**
June 17, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE ANTONIO HERNANDEZ FLORES, | § § § | |
| Petitioner, | § § § | |
| vs. | § § § | CIVIL ACTION NO. 4:26-cv-4607 |
| DAVID VENTURELLA, *et al.*, | § § § | |
| Respondents. | § | |

### ORDER TO ANSWER

Petitioner Jose Antonio Hernandez Flores is presently in custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Montgomery Processing Center in Conroe, Texas. Represented by counsel, the petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to challenge his detention. Dkt. 1. Preliminary examination reflects that an expedited answer is needed.

Accordingly, pursuant to 28 U.S.C. § 2241, et seq., the Court **ORDERS** as follows:

1. The Clerk shall serve copies of the petition (Dkt. 1) and this order on the United States Attorney for the Southern District of Texas by electronic mail to: USATXS.CivilNotice@usdoj.gov.

2. The proper respondent must file an answer to the petition within **twenty (20) days** of the date of service and will forward a copy of same to the petitioner.

3. In addition to any defense (in law or fact) to a claim for relief by the petitioner, the respondent's answer shall contain: (a) a statement of the authority by which

the petitioner is held and, if held under the judgment of a court or administrative tribunal, the name of such court or tribunal and the number and style of the case(s) in which those judgments were entered; and (b) a statement as to whether the petitioner has exhausted all available administrative remedies.

4.     Whether the respondent elects to submit an answer or a dispositive motion, the petitioner must file any response within **ten (10) days** of the date reflected on the certificate of service.  Under the Court's local rules, the petitioner's failure to respond will be considered a representation that the petitioner does not oppose the motion.  *See* S.D. Tex. L.R. 7.4.  If the petitioner fails to comply on time, the Court may dismiss this case for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

5.     The respondent must notify the Court of any anticipated or planned transfer of the petitioner outside of the Southern District of Texas, including any anticipated or planned removal or departure of the petitioner from the United States, **at least five (5) days before** any such action.

SIGNED at Houston, Texas on ___6/17/26___.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

2